**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Timothy Moss,

        Plaintiff,

    v.

Jo Anne B. Barnhart, Commissioner, Social Security,

        Defendant.

CIV 04-1475-PHX-DKD

**O R D E R**

    The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

    IT IS HEREBY ORDERED that the Defendant Commissioner of the Social Security Administration shall pay to plaintiff's counsel $5,154.56 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    DATED this 8th day of November, 2005.

_____

David K. Duncan
United States Magistrate Judge