**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy R. Moss,<br><br>      Plaintiff,<br><br>  v.<br><br>Jo Anne B. Barnhart, Commissioner, Social Security Administration,<br><br>      Defendant. | CIV 04-1475-PHX-DKD<br><br>**O R D E R** |

The Court, having considered defendant's Motion for Enlargement of Time Within Which to File a response to Plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. § 406 (b) (First Request), and no objection from plaintiff and good cause appearing,

IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. §406 (b) to and including 20th day of July 2006.

DATED this 19th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge